<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 02-1305**

---

LISA MARIE SPICKNALL, Individually, and as parent and next friend of the minor decedents, Destiny Array Spicknall and Richard Wayne Spicknall, III, and as personal representative of the Estate of Destiny Array Spicknall and Richard Wayne Spicknall, III,

Plaintiff - Appellant,

versus

STATE OF MARYLAND, DEPARTMENT OF STATE POLICE; DAVID B. MITCHELL, Individually and in his official capacity as Secretary of the Department of State Police; CHARLES M. CAVE, Individually and in his official capacity as Howard County Sheriff; MARGARET D. RAPPAPORT, Individually and in her official capacity as Clerk for the Circuit Court of Howard County; HOWARD COUNTY, MARYLAND, a Body Corporate and Politic; RICHARD WAYNE SPICKNALL, II,

Defendants - Appellees,

and

CERTAIN UNIDENTIFIED EMPLOYEE OF THE DEPARTMENT OF STATE POLICE, Individually and in their official capacity; CERTAIN UNIDENTIFIED EMPLOYEES OF HOWARD COUNTY SHERIFF'S DEPARTMENT, Individually and in their official capacities; CERTAIN UNIDENTIFIED EMPLOYEES OF THE CLERK'S OFFICE OF THE CIRCUIT COURT OF HOWARD COUNTY, MARYLAND, Individually and in their official capacities; CERTAIN UNIDENTIFIED EMPLOYEES OF

HOWARD COUNTY MARYLAND, Individually and in
their official capacities,

                                        Defendants.

——————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-01-
886-MJG)

——————————————

Submitted:  August 14, 2002          Decided:  August 23, 2002

——————————————

Before WIDENER, MOTZ, and KING, Circuit Judges.

——————————————

Affirmed by unpublished per curiam opinion.

——————————————

Bambi Caroline Glenn, NOWICKI & TIRABASSI, P.A., Bel Air, Maryland,
for Appellant.  Hugh Scott Curtis, Assistant Attorney General,
Stuart Milton Nathan, Julia Melville Andrew, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland; Barbara McFaul Cook,
County Solicitor, Rebecca Ann Laws, COUNTY SOLICITOR'S OFFICE,
Ellicott City, Maryland, for Appellees; Richard Wayne Spicknall,
II, Appellee Pro Se.

——————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lisa Marie Spicknall appeals the district court's order dismissing her 42 U.S.C.A. §§ 1983, 1985 (West Supp. 2002) action. We have thoroughly reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Spicknall v. Maryland</u>, No. CA-01-886-MJG (D. Md. Feb. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3